**"UNDER SEAL"**

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

FILED
CHARLOTTE, N. C.

JUN 8 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 3:06CR156-C |
| ) | |
| vs. ) | MOTION TO SEAL |
| ) | |
| WINSTON TERHAN MERCHANT ) | BILL OF INFORMATION |

NOW COMES the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, who moves this Court for an Order directing that the above-mentioned Motion, this Motion to Seal and any order issued pursuant to this be sealed immediately, and that same remain sealed until further order of this Court.

This the 8th day of June, 2006.

GRETCHEN C. F. SHAPPERT
UNITED STATES ATTORNEY

KURT W. MEYERS
ASSISTANT UNITED STATES ATTORNEY