FILED
IN COURT
CHARLOTTE, N. C.

JUL 6 2006

U. S. DISTRICT COURT
W. DIST. OF N. C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06CR156 |
| | ) | |
| v. | ) | ORDER UNSEALING |
| | ) | INFORMATION AND |
| WINSTON MERCHANT et al. | ) | PLEA AGREEMENT |
| | ) | |

UPON MOTION of the United States of America, by and through Gretchen C. F. Shappert, United States Attorney for the Western District of North Carolina, for an order directing that the Bill of Information and Plea Agreement in the above-captioned case be unsealed; and

IT APPEARING TO THE COURT that there no longer exists any danger to the attendant investigation in this case;

NOW, THEREFORE, IT IS ORDERED that the Bill of Information and Plea Agreement in the above-captioned case be unsealed.

This the 6th day of July, 2006.

_____
UNITED STATES MAGISTRATE JUDGE